UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWIN BLEILER, ) | |
| Plaintiff ) | |
| ) | C.A. No.: 11-cv-11541 |
| v. ) | |
| ) | |
| COLLEGE OF THE HOLY CROSS ) | |
| Defendant ) | |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

The parties jointly request that the schedule in this case be extending by (i) moving the close of fact discovery from January 31, 2012 to April 30, 2012; and (ii) extending the deadlines for subsequent events by the same time period. As grounds, the parties state that they are making good faith efforts to complete discovery but both need additional time in order to properly prepare their cases.


Respectfully submitted,Respectfully Submitted,
EDWIN BLEILERCOLLEGE OF THE HOLY CROSS.
By his attorneys,By their attorneys,

| | |
|---|---|
| /s/ Emily E. Smith-Lee<br>Emily E. Smith-Lee (BBO#634223)<br>eslee@smithleelaw.com<br>Smith Lee Nebenzahl LLP<br>One Post Office Square<br>Sharon, MA 02067<br>(781)784-2322 | */s/ Harold W. Potter, Jr.*<br>Harold W. Potter, Jr. (BBO #404240)<br>*harold.potter@hklaw.com*<br>Katrina Chapman (BBO #676177)<br>*katrina.chapman@hklaw.com*<br>HOLLAND & KNIGHT LLP<br>10 Saint James Avenue<br>Boston, MA 02116<br>(617) 523-2700 |

Dated: January 19, 2012

3

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent by electronic mail to the following individuals on January 19, 2012:

Harold W. Potter, Jr. (BBO #404240)
*harold.potter@hklaw.com*
Katrina Chapman (BBO #676177)
*katrina.chapman@hklaw.com*
HOLLAND & KNIGHT LLP
10 Saint James Avenue
Boston, MA 02116
(617) 523-2700
**Counsel for Defendant College of the Holy Cross**

/s/ Emily S. Smith-Lee