UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN BLEILER, ) | |
| Plaintiff ) | |
| ) | C.A. No.: 11-cv-11541 |
| v. ) | |
| ) | |
| COLLEGE OF THE HOLY CROSS ) | |
| Defendant ) | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

The parties jointly request that the schedule in this case be extending by (i) moving the close of fact discovery from April 30, 2012 to July 30, 2012; and (ii) extending the deadlines for subsequent events by the same time period. As grounds, the parties state that they are making good faith efforts to complete discovery but need additional time in order to properly prepare their cases. In particular, the parties have conducted three depositions but there remain several outstanding.

Respectfully submitted,                         Respectfully Submitted,
EDWIN BLEILER                                   COLLEGE OF THE HOLY CROSS.
By his attorneys,                               By their attorneys,

| | |
|---|---|
| /s/ Emily E. Smith-Lee<br>Emily E. Smith-Lee (BBO#634223)<br>eslee@smithleelaw.com<br>Beth M. Nussbaum (BBO#633878)<br>bnussbaum@slnlaw.com<br>Smith Lee Nebenzahl LLP<br>One Post Office Square<br>Sharon, MA 02067<br>(781)784-2322 | */s/ Harold W. Potter, Jr.*<br>Harold W. Potter, Jr. (BBO #404240)<br>*harold.potter@hklaw.com*<br>Katrina Chapman (BBO #676177)<br>*katrina.chapman@hklaw.com*<br>HOLLAND & KNIGHT LLP<br>10 Saint James Avenue<br>Boston, MA 02116<br>(617) 523-2700 |

Dated: April 26, 2012

3

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent by electronic mail to the following individuals on April 26, 2012:

Harold W. Potter, Jr. (BBO #404240)
*harold.potter@hklaw.com*
Katrina Chapman (BBO #676177)
*katrina.chapman@hklaw.com*
HOLLAND & KNIGHT LLP
10 Saint James Avenue
Boston, MA 02116
(617) 523-2700
**Counsel for Defendant College of the Holy Cross**

                                              /s/ Emily S. Smith-Lee