UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

1:11-CV-11541-DJC

| EDWIN BLEILER, Plaintiff, v. COLLEGE OF THE HOLY CROSS, Defendant. | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
|---|---|

Defendant College of the Holy Cross ("Holy Cross") moves for summary judgment on all counts of Plaintiff's complaint pursuant to Fed. R. Civ. P. Rule 56 and Local Rule (Civil) 56. There are no material facts in dispute. Holy Cross is entitled to judgment on all claims as a matter of law. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: December 14, 2012

DEFENDANT,

COLLEGE OF THE HOLY CROSS

By its attorney,

/s/ *Harold W. Potter, Jr.*
Harold W. Potter, Jr. (BBO # 404240)
harold.potter@hklaw.com
Amanda Orcutt (BBO # pending)
amanda.orcutt@hklaw.com
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116-3889
(617) 523-2700

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on December 14, 2012.

/s/ *Harold W. Potter, Jr.*
Harold W. Potter, Jr.

#11884569_v1