# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**EDWIN BLEILER**
          Plaintiff(s)

      v.                       CIVIL ACTION NO.**11-11541-DJC**

**COLLEGE OF THE HOLY CROSS**
          Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. In accordance with the Memorandum and Order dated August 26, 2013 granting defendant's motion for summary judgment;

    **IT IS  ORDERED AND ADJUDGED**

    Judgment for the defendant, College of the Holy Cross.

                                              Robert M. Farrell, Clerk

Dated:  September 3, 2013                   /s/ Lisa M. Hourihan        
                                        ( By )  Deputy Clerk