# United States Court of Appeals
## For the First Circuit

No. 13-2245

EDWIN BLEILER,

Plaintiff - Appellant,

v.

COLLEGE OF THE HOLY CROSS,

Defendant - Appellee.

**MANDATE**

Entered: April 30, 2015

In accordance with the judgment of April 8, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Amanda Orcutt Amendola
Paul G. Lannon Jr.
Emily E. Smith-Lee